**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED
SEP 24 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-cr-120-REW
**21 U.S.C. § 841(a)(1)**

**DELBERT LEE CHAMBERS**

* * * * *

**THE GRAND JURY CHARGES:**

On or about August 26, 2026, in Pike County, in the Eastern District of Kentucky,

**DELBERT LEE CHAMBERS**

did knowingly and intentionally possess with intent to distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1).

[redacted]
**FOREPERSON**

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**ANDREW H. TRIMBLE**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:** Mandatory special assessment of $100.